IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAM R. ZICH,<br><br>        Defendant. | Case No.:  8:13CB6<br><br>Violation No.: E1753365-NE14<br>                  E1753366-NE14<br><br>DISMISSAL ORDER |

NOW ON THIS 18th day of November 2024, this matter is before the Court on the United States' Motion for Dismissal (Filing No. 65).  The Court, being duly advised in the premises, finds that said Motion should be sustained.

IT IS HEREBY ORDERED:

Leave of Court is granted for the United States to dismiss, without prejudice, the violation in the above-captioned case as it to the Defendant, WILLIAM R. ZICH.

Dated this 18th day of November, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge